**FILED**
November 2, 2016
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)  Case No. 2:16CR00189-KJM
            Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
YICHAO CHEN, )
)
            Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  YICHAO CHEN , Case No.  2:16CR00189-KJM , Charge  21USC § 846, 841(a)(1) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

___   Bail Posted in the Sum of $___

✔   Unsecured Appearance Bond $ 50,00.00

___   Appearance Bond with 10% Deposit

___   Appearance Bond with Surety

___   Corporate Surety Bail Bond

✔   (Other)          Pretrial conditions as stated on the record.

**The defendant shall be released on 11/3/2016 at 9:00 a.m. to the pretrial officer.**

Issued at  Sacramento, CA  on  November 2, 2016  at  3:14 pm .

By   /s/ Allison Claire/s/ Allison Claire
Allison Claire
United States Magistrate Judge

Copy 2 - Court