KELLY BABINEAU (CA State Bar #190418)
The Law Office of Kelly Babineau
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for YICHAO CHEN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 16-CR-00189KJM |
| Plaintiff, | ) |
| | ) STIPULATION REGARDING |
| | ) PRETRIAL RELEASE |
| v. | ) SUPERVISION; |
| | ) FINDINGS AND |
| | ) ORDER |
| YICHAO CHEN | ) |
| | ) |
| Defendants. | ) |
| _____ | ) Judge: Hon. Debra Barnes |

## STIPULATION

Upon recommendation of Pretrial Services and consent of the government, it is hereby stipulated that the pretrial release conditions be modified to change condition 8 of the special conditions of pretrial release. It is to read as follows:

> You shall refrain from ANY use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used

A Second Amended Special Conditions of Release will be filed with this stipulation.

-1-

IT IS SO STIPULATED.

Dated:  January 9, 2019                     Respectfully submitted,


                                            /s/ Kelly Babineau
                                            KELLY BABINEAU
                                            Attorney for Yichao Chen


Dated: January 9, 2019                      /s/ Roger Yang
                                            ROGER YANG
                                            Assistant U.S. Attorney


Dated: January 9, 2019                      /s/ Renee Basurto
                                            RENEE BASURTO
                                            U.S. Pretrial Release Officer


## **O R D E R**

IT IS SO FOUND AND ORDERED.

Dated:  February 1, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

# SECOND AMENDED SPECIAL CONDITIONS OF RELEASE

Re:Chen, Yichao  
No.: 2:16-CR-00189-KJM  
Date:January 8, 2019

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

3. You shall cooperate in the collection of a DNA sample;

4. Your travel is restricted to the Eastern District of New York and the Eastern District of California for court purposes only unless otherwise approved in advance by the pretrial services officer;

5. You shall surrender your passport to the Pretrial Services in the Eastern District of New York by the close of business on November 7, 2016, and obtain no passport or travel documents during the pendency of this case;

6. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;

7. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

8. *You shall refrain from ANY use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;*

9. You shall submit to drug and/or alcohol testing as approved by the pretrial services officer. You shall pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

10. You shall not associate or have any contact with the codefendants named in this case unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;

11. You shall report any contact with law enforcement to your pretrial services officer within 24 hours;

12. You shall not gamble or enter any gambling establishment;

13. *You shall comply with any court ordered alcohol abuse program ordered by the state of New York by September 26, 2019.*