KELLY BABINEAU (CA State Bar #190418)
The Law Office of Kelly Babineau
455 Capitol Mall, Suite 801
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for YICHAO CHEN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | No. 2:16-CR-00189KJM |
| Plaintiff, ) | |
| ) | APPLICATION FOR TRANSPORTATION |
| ) | AND LODGING ORDER; |
| ) | ORDER FOR |
| v. ) | TRANSPORTATION AND LODGING |
| ) | PURSUANT TO 18 USC 4285 |
| ) | |
| YICHAO CHEN. ) | |
| ) | |
| Defendant. ) | |

**Procedural History**

Defendant, Yichao Chen, was ordered released from custody and placed on pretrial supervision on October 20, 2019 (PCR 38-39.) He is currently scheduled for a Change of Plea, for August 19, 2019 at 9:00 a.m. before United States District Judge Kimberly J. Mueller. Mr. Chen's personal appearance is required for this hearing. Mr. Chen lives in New York and is indigent and unable to afford transportation to Sacramento, nor does he have the funds for lodging during the time required for the Change of Plea.

-1-

**Application**

An application is hereby made for an Order for Transportation and lodging for defendant, Yichao Chen, to from New York to California and back to New York. Due to the lengthy flight, it is also requested that lodging be provided during his stay in California. As such, Mr. Chen is requesting an Order authorizing the following:

1. Mr. Chen is requesting an Order authorizing the arrangement of roundtrip transportation from New York to California, arriving on August 18, 2019 and returning either late August 19, 2019 or anytime August 20, 2019, pursuant to 18 USC 4285.

2. Mr. Chen is also requesting an Order authorizing the payment for lodging on August 18, 2019 through August 20, 2019, pursuant to 18 USC 4285.

Wherefore, in the interests of justice, the Court is requested to arrange for Yichao Chen's noncustodial transportation or furnish the fare for roundtrip transportation from La Guardia airport in New York to Sacramento, California; to direct the United States Marshal to furnish Mr. Chen with an amount of money for lodging expenses during his stay for his mandatory court appearance, pursuant to 18 USC 4285.

Dated: August 9, 2019                          Respectfully submitted,

                                                 /s/ Kelly Babineau
                                                 KELLY BABINEAU
                                                 Attorney for Yichao Chen

# ORDER

TO: UNITED STATES MARSHAL, EASTER DISTRICT OF CALIFORNIA.

GOOD CAUSE APEPARING, AND IN THE INTERESTS OF JUSTICE, IT IS ORDERED THAT:

The United States Marshal for the Eastern District of California is authorized and directed to furnish the above-named defendant, Yichao Chen, with round trip transportation from La Guardia airport in New York to California on August 18, 2019, with a return trip from Sacramento, California to La Guardia airport in New York on either August 19, 2019 (late afternoon) or August 20, 2019.

It is further ordered that the United States Marshal is to furnish Mr. Chen with money for lodging for the evening of August 18 through August 20, 2019.

These transportation and lodging costs are authorized pursuant to 18 USC 4285, as Mr. Chen's appearance is mandatory, he is indigent and financially unable to travel to Sacramento, California without transportation expenses and is financially unable to pay for lodging during his stay.

IT IS SO ORDERED.

Dated: August 9, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE