**KELLY LYNN BABINEAU**
ATTORNEY AT LAW
455 Capitol Mall, Ste 801
Sacramento, CA 95814
(916) 442-4948

---

# AMENDED MEMORANDUM

Date:  October 12, 2021

To:    The Honorable Kimberly J. Mueller
       U.S. District Court Judge

From:  Kelly Babineau, Attorney for Yichao Chen
       16-cr-00189KJM

Re:    US v. Yichao Chen / 16-CR-00189KJM
       Continue Judgment and Sentencing

---

Please continue Judgment and Sentencing, presently scheduled for October 18, 2021 to **Monday, January 10, 2021 at 9:00 a.m.**

Please reset the schedule to the following:

| | |
|---|---|
| Counsel's Written Objections: | November 22, 2021 |
| Final Presentence Report: | December 13, 2021 |
| Motion to Correct PSR: | December 27, 2021 |
| Reply to Motion to Correct PSR: | January 3, 2022 |
| Judgment and Sentence: | January 10, 2022 |

The request for a continuance is based upon the following: due to the need for a Fuzhou interpreter, that is located in New York, the probation interview was completed on February 18, 2020. The parties are now working on scheduling an interview with the Government to qualify for the safety valve reduction. An interview had been scheduled but was cancelled due to COVID 19 concerns. Unfortunately, the pandemic has made it unsafe to complete these interviews. The requested continuance allows for the interview to occur and probation time to complete their draft report. The Assistant United States Attorneys Roger Yang and Assistant US Probation Officer Nisha Modica do not oppose the continuance.

/s/ Kelly Babineau_____
KELLY BABINEAU
Attorney for Defendant
Yichao Chen