KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
455 Capitol Mall, Suite 801
Sacramento, CA 95814
Tel:(916) 442-4948
kbabineau@klblawoffice.net

Attorney for YICHAO CHEN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | No. 2:16-CR-00189KJM |
| Plaintiff, | |
| | APPLICATION FOR TRANSPORTATION AND LODGING ORDER; |
| | [~~PROPOSED~~] ORDER FOR TRANSPORTATION AND LODGING PURSUANT TO 18 USC 4285 |
| v. | |
| YICHAO CHEN. | |
| Defendant. | |

**Procedural History**

Defendant, Yichao Chen, was ordered released from custody and placed on pretrial supervision on October 20, 2019 (PCR 38-39.) He is currently scheduled for a Judgement and Sentence, for December 12, 2022 at 9:00 a.m. before United States District Judge Kimberly J. Mueller. Mr. Chen's personal appearance is required for this hearing. Mr. Chen lives in New York and is indigent and unable to afford transportation to Sacramento, nor does he have the funds for lodging during the time required for Judgement and Sentence.

**Application**

An application is hereby made for an Order for Transportation and lodging for defendant, Yichao Chen, to from New York to California and back to New York. Due to the lengthy flight, it is also requested that lodging be provided during his stay in California. As such, Mr. Chen is requesting an Order authorizing the following:

1. Mr. Chen is requesting an Order authorizing the arrangement of roundtrip transportation from New York to California, arriving on December 11, 2022 and returning either late December 12, 2022 or anytime December 13, 2022, pursuant to 18 USC 4285.

2. Mr. Chen is also requesting an Order authorizing the payment for lodging on December 11, 2022 to December 13, 2022, pursuant to 18 USC 4285.

Wherefore, in the interests of justice, the Court is requested to arrange for Yichao Chen's noncustodial transportation or furnish the fare for roundtrip transportation from La Guardia airport in New York to Sacramento, California; to direct the United States Marshal to furnish Mr. Chen with an amount of money for lodging expenses during his stay for his mandatory court appearance, pursuant to 18 USC 4285.

Dated:  November 22, 2022                    Respectfully submitted,

                                             /s/ Kelly Babineau
                                             KELLY BABINEAU
                                             Attorney for Yichao Chen

[~~PROPOSED~~] ORDER

TO: UNITED STATES MARSHAL, EASTER DISTRICT OF CALIFORNIA.

GOOD CAUSE APEPARING, AND IN THE INTERESTS OF JUSTICE, IT IS ORDERED THAT:

The United States Marshal for the Eastern District of California is authorized and directed to furnish the above-named defendant, Yichao Chen, with round trip transportation from La Guardia airport in New York to California on December 11, 2022, with a return trip from Sacramento, California to La Guardia airport in New York on either December 12, 2022 (late afternoon) or December 13, 2022.

It is further ordered that the United States Marshal is to furnish Mr. Chen with money for lodging for the evening of December 11, 2022 through December 13, 2022.

These transportation and lodging costs are authorized pursuant to 18 USC 4285, as Mr. Chen's appearance is mandatory, he is indigent and financially unable to travel to Sacramento, California without transportation expenses and is financially unable to pay for lodging during his stay.

IT IS SO ORDERED this 22nd day of November, 2022.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE